Galliers v. Peppers.

GALLIERS v. PEPPERS *et al.*

Equity : JURISDICTION. Plaintiff entered into a contract with defendants under which he was to prosecute a specified business at fixed monthly wages, the profits of which were to be divided between the parties. Plaintiff alleges that he was wrongfully discharged, and he seeks simply to recover his monthly wages. No unsettled partnership business is shown, and no accounting is asked. *Held* that it was not a cause for equitable cognizance, and that it was properly transferred to the law docket.

*Appeal from Monroe District Court.*—HON. DELL STUART, Judge.

FILED, JANUARY 18, 1889.

ACTION brought in chancery.   Upon motion of
defendants it was transferred to the law docket, and
upon a trial to the court without a jury judgment was
rendered for defendants.   Plaintiff appeals.

*H. L. Dashiell*, for appellant.

*T. B. Perry*, for appellees.

BECK, J.—I.   The action is brought upon a contract
which stipulates for the employment of plaintiff at fixed
monthly wages.   Under the contract the plaintiff is to
prosecute a specified business, the profits of which are
to be divided between the parties.   Plaintiff alleges that
he was wrongfully discharged from defendants' employ-
ment.   He alleges that a specified sum is due him on
account of his wages, for which he asks judgment.   He
does not allege that any partnership business was done
by him, or that there is any account growing out of the
partnership between him and defendants.

II.   The case made by the petition is simply to
recover upon the contract the wages due plaintiff.   It is
not shown that any unsettled partnership business exists
between the parties.   He therefore does not make out a
case for a settlement and accounting between the parties.
The case made is not one for equitable cognizance.   The
court rightly transferred the cause to the law docket.
Code, sec. 2514.                              AFFIRMED.